|  |  |  |
|---|---|---|
| Darnell Williams, on behalf of himself and all others similarly situated,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>Lowa Boots, LLC<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **United States District Court**<br>**Northern District of Illinois**<br><br><br>Case No.: 1:25-cv-5641<br><br><br>**NOTICE OF SETTLEMENT** |

　　**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.


Dated: August 19, 2025

　　　　　　　　　　　　　　　　　　　　　　　EQUAL ACCESS LAW GROUP, PLLC
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　　**/s/ David B. Reyes**
　　　　　　　　　　　　　　　　　　　　　　　By: David B. Reyes, Esq.
　　　　　　　　　　　　　　　　　　　　　　　68-29 Main Street,
　　　　　　　　　　　　　　　　　　　　　　　Flushing, NY 11367
　　　　　　　　　　　　　　　　　　　　　　　Tel: (630)-478-0856
　　　　　　　　　　　　　　　　　　　　　　　Email: Dreyes@ealg.law